UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
SOUTHEASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) |
| vs. | ) Case No. 1:14CR00082 SNLJ ) |
| MICHAEL E. POUNDS, | ) ) |
| Defendant. | ) |

## ORDER

**IT IS HEREBY ORDERED** that the report and recommendation of United States Magistrate Judge Abbie Crites-Leoni (#44), filed on January 12, 2015, be and is **SUSTAINED, ADOPTED** and **INCORPORATED** herein.

**IT IS HEREBY ORDERED** that Defendant's Motion to Suppress Evidence and Statements (#36) be **DENIED**.

Dated this 28th day of January, 2015.

_____
STEPHEN N. LIMBAUGH, JR.
UNITED STATES DISTRICT JUDGE